UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANCISCO ALVARADO, on behalf of
himself and all other persons similarly situated,

          Plaintiff,

    -against-

OUR TERMS FABRICATORS, INC., *et al.*,

        Defendants
-----------------------------------------------------------X

REPORT AND
RECOMMENDATION

19 CV 6473 (RRM)(RML)

LEVY, United states Magistrate Judge:

        Plaintiff Francisco Alvarado ("Alvarado") commenced this case on November 15, 2019, asserting claims for, *inter alia*, unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 216(b). (See Complaint, dated Nov. 15, 2019, Dkt. No. 1.) Plaintiff Miguel Salmeron opted into the action in September 2019, and his claims have been resolved. (See Judgment, dated Jan. 6, 2021, Dkt. No. 31.)

        At a conference before me on April 23, 2020, Alvarado's attorney reported that Alvarado would be represented by new counsel, Vincent Grande, who would file a notice of appearance within two weeks. (See Minute Entry, dated Apr. 23, 2020.) Incoming counsel attended a conference on September 16, 2020 and was instructed to file a notice of appearance by September 23, 2020. However, to date, Mr. Grande has not appeared on the case.

        By letter dated January 19, 2022, defendants' counsel responded to the court's request for a status report regarding Alvarado. (See Letter of Guy M. Allen, Esq., dated Jan. 19, 2022, Dkt. No. 33.) Counsel advised that Mr. Grande had not replied to an email concerning the court's status report order. Counsel also stated that they had attempted to communicate with Mr.

Grande by email and telephone on multiple occasions, but that "[t]hese efforts have been futile."

(Id.)

By Order to Show Cause dated January 20, 2022, I directed plaintiff Alvarado to explain why this case should not be dismissed for failure to prosecute. The court has received no response. Accordingly, I am constrained to recommend that this matter be dismissed without prejudice for lack of prosecution.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with courtesy copies to the Honorable Roslynn R. Mauskopf, United States District Judge, and to me within fourteen (14) days. Failure to file objections within the specified time waives the right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d).

Respectfully submitted,


_____/s/_____
ROBERT M. LEVY
United States Magistrate Judge

Dated:  Brooklyn, New York
        February 15, 2022

2